1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES SAMSON,

11          Plaintiff,                        No. CIV S-08-0198 FCD DAD P

12       vs.

13   CALIFORNIA MENS COLONY,

14          Defendant.                        ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.

18          The federal venue statute requires that a civil action, other than one based on

19   diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

20   defendants reside in the same State, (2) a judicial district in which a substantial part of the events

21   or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

22   of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

23   no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

24          In this case, plaintiff alleges that on June 3, 2005, he was the victim of an attack at

25   the California Men's Colony.  He further alleges that he sustained facial and head trauma and

26   that he has lost part of his memory as a result.  Any defendants that plaintiff may identify in this

1

1   action will likely be located in San Luis Obispo where his claim arose.  San Luis Obispo is

2   located in the Central  District of California.  Therefore, plaintiff should have filed his complaint

3   in the United States District Court for the Central  District of California.  In the interest of justice,

4   a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28

5   U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

6            Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

7   United States District Court for the Central District of California.

8    DATED: February 19, 2008.

9

10   _____

     DALE A. DROZD

11   UNITED STATES MAGISTRATE JUDGE

12   DAD:9:ndd
     sams0198.21a

13

14

15

16

17

18

19

20

21

22

23

24

25

26